```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 12001
   MICHELLE A FIELDS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2855


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/22/2006 and was confirmed 11/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  74.00%.

     The case was dismissed after confirmation 10/17/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
CENTRIX FINANCIAL LLC     SECURED NOT I       .00             .00             .00
CENTRIX FINANCIAL LLC     UNSECURED        12243.08           .00          378.56
COUNTRYWIDE HOME LOANS    CURRENT MORTG       .00             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         2646.94            .00         2646.94
AAA CHECKMATE LLC         UNSECURED       NOT FILED           .00             .00
AMERICASH LOANS LLC       UNSECURED         1689.30           .00           52.23
AMERICAN GENERAL FINANCE  UNSECURED         1350.99           .00           41.77
AMERICASH LOANS           UNSECURED       NOT FILED           .00             .00
BP CITI                   UNSECURED       NOT FILED           .00             .00
CASH N GO                 UNSECURED       NOT FILED           .00             .00
CHARTER ONE BANK          UNSECURED       NOT FILED           .00             .00
FIRST PREMIER BANK        UNSECURED          397.60           .00             .00
HSBC                      UNSECURED       NOT FILED           .00             .00
INSTANT CASH ADVANCE      UNSECURED       NOT FILED           .00             .00
MERRICK BANK              UNSECURED          969.50           .00           29.98
NATIONWIDE ACCEPTANCE~    UNSECURED          356.28           .00             .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED           .00             .00
PERSONAL FINANCE COMPANY  UNSECURED         1160.30           .00           35.88
INTERNAL REVENUE SERVICE  UNSECURED           12.24           .00             .00
B-LINE LLC                UNSECURED         1756.33           .00           54.31
COUNTRYWIDE HOME LOANS    SECURED NOT I    1148.97            .00             .00
NATIONWIDE ACCEPTANCE~    SECURED NOT I     590.70            .00             .00
JOHN C DENT               DEBTOR ATTY     2,670.50                       2,670.50
TOM VAUGHN                TRUSTEE                                          374.18
DEBTOR REFUND             REFUND                                            25.44

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 6,309.79
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12001 MICHELLE A FIELDS

```
PRIORITY                                                     2,646.94
SECURED                                                           .00
UNSECURED                                                      592.73
ADMINISTRATIVE                                               2,670.50
TRUSTEE COMPENSATION                                           374.18
DEBTOR REFUND                                                   25.44
                                    ---------------    ---------------
TOTALS                                     6,309.79           6,309.79
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 01/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 06 B 12001 MICHELLE A FIELDS